JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN TOWERS HOUSING CORPORATION, | CASE NO. CV13-4178-FMO (PJWx) |
| Plaintiff, | ORDER REMANDING CASE TO STATE COURT |
| vs. | |
| NCB, FSB, and DOES 1 through 30, inclusive | |
| Defendants. | |

   The Court having read and considered the Stipulation by Plaintiff OCEAN TOWERS HOUSING CORPORATION and Defendant NCB, FSB to Remand Case To State Court, and good cause appearing therefore,

///
///
///

1
Order Remanding Case to State Court

IT IS HEREBY ORDERED that his action is hereby REMANDED to the Los Angeles County Superior Court as Case No. BC507616 and shall proceed for all purposes before the Los Angeles County Superior Court.

The parties are to bear their own attorney's fees and costs on Remand.


Dated: June 27, 2013                    _____/s/_____
                                        HON. FERNANDO M. OLGUIN
                                        U.S. DISTRICT JUDGE